[No. 7478-8-II. Division Two. September 26, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v.
ROY LEE ROE, *Appellant*.

Appeal from a judgment of the Superior Court for

Cowlitz County, No. 83-1-00215-7, Don L. McCulloch, J., entered October 27, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.